# FILED

UNDER

# SEAL

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-CR-00035-RFB-CWH-1 |
| Plaintiff, ) | |
| ) | |
| v. ) | PETITION FOR ACTION |
| ) | ON CONDITIONS OF |
| Frank CHAVEZ ) | <u>PRETRIAL RELEASE</u> |
| Defendant ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Zack Bowen</u>, United States Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 8th day of April, 2015.

DANIEL G. BOGDEN
United States Attorney

By  /S/
ALEXANDRA MICHAEL
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Frank CHAVEZ                                                            Docket No.   2:15-CR-00035-RFB-CWH-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Zack Bowen, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Frank Chavez, who was placed under pretrial release supervision by United States Magistrate Judge C. W. Hoffman, Jr. in the Court at Las Vegas, Nevada on March 26, 2015 on a Personal Recognizance Bond, with the following conditions:

1. Pretrial Services Supervision.
2. Refrain from the excessive use of alcohol.
3. Submit to any method of substance abuse testing and pay associated costs, based upon ability.
4. Refrain from the use or possession of controlled substances.
5. Do not associate with or be in the presence of those using or possessing controlled substances.
6. Participate in inpatient residential or outpatient substance abuse treatment as directed by Pretrial Services and pay associated costs based upon ability.
7. Actively seek and maintain lawful and verifiable employment and notify Pretrial Services prior to any change.
8. Travel restricted to Clark County, Nevada.
9. Maintain residence at the Las Vegas Community Correction Center (LVCCC) until such time that an appropriate residence can be verified and approved by Pretrial Services.
10. Refrain from the use or possession of a firearm or destructive device or other dangerous weapon.
11. Submit to mental health treatment as deemed necessary by Pretrial Services and pay associated costs, based upon ability.
12. The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer:

    – Active GPS Monitoring

    This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court imposed conditions of release:

    – You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention)

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On April 8, 2015 the defendant was found at LVCCC with a green leafy substance, consistent with the smell of spice.

2. On April 8, 2015 at 3:40 pm the defendant was instructed by LVCCC staff and our office to report directly to our office. GPS points reveal an unauthorized stop at a Jack In The Box restaurant from 4:17 pm to 4:30 pm, and the defendant ultimately arrived at our office at 5:05 pm.

3. On April 8, 2015 the defendant stalled when instructed to submit a drug test.

4. On April 8, 2015 the defendant admitted to using "spice" on today's date.

PS 8 - PAGE 2

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 8th day of April, 2015. |
|---|---|
| Considered and ordered this 8th day of April, 2015 and ordered filed and made a part of the records in the above case. | Respectfully Submitted, |
| *[signature: Cam Ferenbach]* | *[signature: Zack Bowen]* |
| Honorable Cam Ferenbach<br>United States Magistrate Judge | Zack Bowen<br>United States Pretrial Services Officer |
| | Place: Las Vegas, Nevada |