DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:15-cr-00035-RFB-CWH** |
| Plaintiff, | |
| vs. | <u>STIPULATION TO CONTINUE DEADLINE FOR POST-HEARING SUPPLEMENTAL BRIEFS</u> |
| FRANK CHAVEZ, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Shari L. Kaufman., counsel for Defendant Frank Chavez, that the deadline for Post-Hearing Supplemental Briefs, currently set for May 12, 2015, be vacated and continued for 3 days, until May 15, 2015, or to a date to be set at the Court's convenience.

This stipulation is entered into for the following reasons:

1.  Government counsel requires additional time to prepare a post-hearing supplemental brief.

2.  The Defendant is in custody and does not object to the continuance.

3.  For the reasons stated above, the ends of justice would best be served by a continuance of the brief deadline.

4.  Additionally, denial of this request for continuance could result in a miscarriage of

justice.

5.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

6.  This is the first request for a continuance filed herein.

DATED this 12th day of May, 2015.

DANIEL G. BOGDEN
United States Attorney

_/s/ Shari Kaufman_____                    _/s/ Alexandra Michael_____
Shari Kaufman, AFPD                             ALEXANDRA MICHAEL
Counsel for Defendant Frank Chavez             Assistant United States Attorney

2

1

2

3

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

FRANK CHAVEZ,

             Defendant.

2:15-cr-00035-RFB-CWH

FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Government counsel requires additional time to prepare a post-hearing supplemental brief.

2. The Defendant is in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the brief deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely

1
2
3

to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

4
5

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

6

### ORDER

7
8
9

IT IS THEREFORE ORDERED that the deadline for Post-Hearing Supplemental Briefs, currently scheduled for May 12, 2015, be vacated and continued to the  15th day of ____May_____, 2015.

10

DATED this  12th day of ____May_____, 2015.

11
12
13

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

14
15
16
17
18
19
20
21
22
23
24

2