RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Frank Chavez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FRANK CHAVEZ,<br><br>         Defendant. | Case No. 2:15-CR-00035-RFB-CWH<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, counsel for Frank Chavez, that the status conference currently scheduled for June 1, 2016 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than twenty (20) days.

This Stipulation is entered into for the following reasons:

1. The defense counsel will be out of town.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Denial of this request for continuance could result in a miscarriage of justice.

1     This is the second request for a continuance of the status conference filed herein.

2     DATED this 26th day of May, 2016.

3

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|   */s/ Shari L. Kaufman*<br>By_____ |   */s/ Alexandra M. Michael*<br>By_____ |
| SHARI L. KAUFMAN<br>Assistant Federal Public Defender | ALEXANDRA M. MICHAEL<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK CHAVEZ,<br><br>　　　　　Defendant. | Case No. 2:15-CR-00035-RFB-CWH<br><br><u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u> |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defense counsel will be out of town.
2. The parties agree to the continuance.
3. The additional time requested herein is not sought for purpose of delay.
4. Denial for this request for continuance could result in a miscarriage of justice.

DATED this 26th day of May, 2016.

## **ORDER**

IT IS FURTHER ORDERED that the status conference hearing scheduled on Wednesday, June 1, 2016 at 1:30 p.m., be vacated and continued to Tuesday, June 28, 2016 at the hour of  1:30  p.m.; or to a time and date convenient to the court.

DATED this 27th of May, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE